

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-15-00297-CV

Hetul **BHAKTA** DBA Budget Inn,
Appellant

v.

**TEXAS DEPARTMENT OF TRANSPORTATION AND BALLENGER
CONSTRUCTION COMPANY**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court